UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CYNTHIA ZOLANDZ,

    Plaintiff,

v.

DEBT RECOVERY SOLUTIONS, LLC,

    Defendant.

Case No. 20-CV-89-JPS

**ORDER**

On January 20, 2020, Plaintiff filed a complaint in the above-captioned matter alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.* (Docket #1). On November 30, 2020, Plaintiff filed a notice of voluntary dismissal of this action with prejudice and without costs to either party. (Docket #7). No class has been certified in this case, and Defendant has served neither an answer nor a motion for summary judgment. Thus, the Court will adopt Plaintiff's notice of voluntary dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #7) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs; and

Dated at Milwaukee, Wisconsin, this 3rd day of December, 2020.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge